*E-Filed: September 9, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO RODRIGUEZ, | No. C13-02213 HRL |
| Plaintiff, | **ORDER CONTINUING HEARING ON MOTIONS TO DISMISS [Docket 10, 11, 22]** |
| v. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

Plaintiff's Application, dated September 3, 2013, to continue the hearing on the motions to dismiss now set for September 10, 2013, is GRANTED. The hearing will be held on October 1, 2013 at 10:00 AM. The court cautions plaintiff that it does not intend to grant him any further extensions of the hearing date.

**IT IS SO ORDERED.**

Dated: September 9, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 13-02479 HRL Order will be electronically mailed to:**

Amanda Michelle Cohen     acohen@hurleylaw.com, epeabody@hurleylaw.com, mbrenkwitz@hurleylaw.com, vphurley@hurleylaw.com

Mark Peter O'Dea     shreve@longyearlaw.com, modea@longyearlaw.com

Vincent P. Hurley     vphurley@hurleylaw.com, epeabody@hurleylaw.com, mbrenkwitz@hurleylaw.com

William Merrill Litt     littwm@co.monterey.ca.us, moores@co.monterey.ca.us, zinmank@co.monterey.ca.us

**C 13-02213 Order will be mailed to:**

Sergio Rodriguez
91 Beverly Drive
Salinas, CA 93905

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**