*E-Filed: March 7, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO RODRIGUEZ, | No. C13-02213 HRL |
| Plaintiff, v. | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |
| STATE OF CALIFORNIA, ET AL., | [Re: Docket Nos. 43, 45] |
| Defendants. / | |

Plaintiff Sergio Rodriguez sues various public entities in connection with numerous allegedly wrongful arrests. Several defendants moved to dismiss the claims against them, and a hearing was held on October 1, 2013. Rodriguez died a few weeks later. On November 21, 2013, Defendant City of Salinas filed a Statement Noting the Death of Plaintiff Sergio Rodriguez, having served the statement on Rodriguez's only known next of kin on November 18, 2013. *See* Dkt. No. 42. More than 90 days later, Defendant City of Salinas and Defendant County of Sacramento each moved to dismiss pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. *See* Dkt. Nos. 43, 45. Defendant County of Monterey joined both motions. *See* Dkt. Nos. 44, 46.

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a).

A motion for substitution was not filed within the 90-day period following service of the Statement Noting the Death of Plaintiff Sergio Rodriguez.  Accordingly, the action must be dismissed, and defendants' motions are GRANTED.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  March 7, 2014



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-02213 HRL Notice will be electronically mailed to:**

Amanda Michelle Cohen     acohen@hurleylaw.com, epeabody@hurleylaw.com, mbrenkwitz@hurleylaw.com, vphurley@hurleylaw.com

Jose Omar Rodriguez     jorodriguez@hurleylaw.com, epeabody@hurleylaw.com, mbrenkwitz@hurleylaw.com, vphurley@hurleylaw.com

Mark Peter O'Dea     shreve@longyearlaw.com, modea@longyearlaw.com

Vincent P. Hurley     vphurley@hurleylaw.com, epeabody@hurleylaw.com, mbrenkwitz@hurleylaw.com

William Merrill Litt     littwm@co.monterey.ca.us, moores@co.monterey.ca.us, zinmank@co.monterey.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**